```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

MARY C. DAICOFF,

              Plaintiff,
v.                              Case No. 8:12-cv-1501-T-33TBM

DEPUY ORTHOPAEDICS, INC.; ET AL.,

              Defendants.
_____/
```

**ORDER**

This matter comes before the Court pursuant to Defendants' Unopposed Motion to Stay Proceedings Pending Transfer and Docketing of this Case to MDL NO. 2197- *in re: Depuy Orthopaedics, Inc.* (Doc. # 5), which was filed on July 10, 2012. Defendants seek an order staying this case until such time as the Judicial Panel on Multidistrict Litigation has determined whether this case will be transferred to the consolidated multidistrict litigation, *in re: Depuy Orthopaedics, Inc.*, in the United States District Court for the Northern District of Ohio (MDL-2197).

This Court agrees with the relief sought by Defendants, and in the interest of judicial economy, this Court stays and administratively closes this matter, including all case deadlines, pending the decision of the Judicial Panel on Multidistrict Litigation. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases

before it, Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the requested stay is reasonable and appropriate under the circumstances.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. Defendants' Unopposed Motion to Stay Proceedings Pending Transfer and Docketing of this Case to MDL NO. 2197- *in re: Depuy Orthopaedics, Inc.* (Doc. # 5) is **GRANTED** and the Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case, including all pending deadlines, until such time as the Judicial Panel on Multidistrict Litigation has ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Northern District of Ohio.

2. The parties shall immediately inform the court when the Panel has made its ruling.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 11th day of July 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record